## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**MILDRED EDMONSON**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 2:05CV2121 LTS-JMR**

**AMERICAN GENERAL FINANCE, INC., ET AL.**                **DEFENDANTS**

### ORDER OF DISMISSAL

Upon the motion of the plaintiff to dismiss this case with prejudice, it is

**ORDERED**

That the plaintiff's motion to dismiss [9] is hereby **GRANTED**; and

That this case is hereby finally **DISMISSED** with prejudice.

**SO ORDERED** this 2nd day of February, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge