

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

*(All Actions Consolidated for Pretrial Purposes Only)*

COUNTER-DEFENDANTS:

| | |
|---|---|
| DELIA ANDREWS | Civil Action No. 2:05cv2115LTS-JMR |
| JOHN BONNER, JR. AND BESSIE BONNER | Civil Action No. 2:05cv2116LTS-JMR |
| BARBARA BOYD | Civil Action No. 2:05cv2117LTS-JMR |
| CHARLOTTE D. COOK | Civil Action No. 2:05cv2118LTS-JMR |
| GLENNIS COOLEY | Civil Action No. 2:05cv2119LTS-JMR |
| MARY CROSBY | Civil Action No. 2:05cv2120LTS-JMR |
| MILDRED EDMONSON | Civil Action No. 2:05cv2121LTS-JMR |
| JEANNIE M. EILAND | Civil Action No. 2:05cv2122LTS-JMR |
| JOHNNY L. EVANS AND JULIA A. EVANS | Civil Action No. 2:05cv2123LTS-JMR |
| BERTHA GARNER | Civil Action No. 2:05cv2124LTS-JMR |
| ROMANDA R. GARNER | Civil Action No. 2:05cv2125LTS-JMR |
| ERIC T. GREEN | Civil Action No. 2:05cv2126LTS-JMR |
| TERRI R. GRENIER | Civil Action No. 2:05cv2127LTS-JMR |
| CHRISTOPHER L. HARRIS | Civil Action No. 2:05cv2128LTS-JMR |
| CAROLYN JONES AND JERRY L. JONES | Civil Action No. 2:05cv2129LTS-JMR |
| OLIVER KNIGHT AND BOBBIE KNIGHT | Civil Action No. 2:05cv2130LTS-JMR |
| ALBERT LOSTON AND MELISSA LOSTON | Civil Action No. 2:05cv2131LTS-JMR |
| JOHNNY E. MCDONALD | Civil Action No. 2:05cv2132LTS-JMR |
| ALICE MUSGROVE | Civil Action No. 2:05cv2133LTS-JMR |
| JAMES B. MYRICK | Civil Action No. 2:05cv2134LTS-JMR |
| ALAN W. PUGH | Civil Action No. 2:05cv2135LTS-JMR |
| LINDA G. SHELBY AND JAMES SHELBY | Civil Action No. 2:05cv2136LTS-JMR |
| JOSEPH SULLIVAN AND MARIA SULLIVAN | Civil Action No. 2:05cv2137LTS-JMR |
| BELINDA M. ULMER | Civil Action No. 2:05cv2138LTS-JMR |
| MICHAEL W. WELBORN | Civil Action No. 2:05cv2139LTS-JMR |
| ADDIE WILLIAMS | Civil Action No. 2:05cv2140LTS-JMR |

v.

COUNTER-PLAINTIFFS:

AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCE, INC.,
OF MISSISSIPPI; CREDIT CENTERS, INC.,
d/b/a AMERICAN GENERAL FINANCE, INC.;
MERIT LIFE INSURANCE COMPANY; and
YOSEMITE INSURANCE COMPANY

### AGREED ORDER GRANTING EXTENSION OF TIME FOR COUNTER-PLAINTIFFS TO SERVE RESPONSE AND RESPONSE MEMORANDUM IN OPPOSITION TO COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTER-PLAINTIFFS' COUNTERCLAIM

CAME BEFORE THE COURT FOR HEARING the *ore tenus* motion of Counter-Plaintiffs American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc., a Delaware corporation, on behalf of itself and as successor to American General Finance, Inc., a Mississippi corporation, Merit Life Insurance Company ("Merit"), and Yosemite Insurance Company ("Yosemite"), agreed to by Counter-Defendants, to grant Counter-Plaintiffs an extension of time to serve their response and response memorandum in opposition to Counter-Defendants' Motion to Dismiss Counter-Plaintiffs' Counterclaim, in each of these severed Actions (which have been consolidated for all pre-trial proceedings). (02/24/06 C-Defs. Mtn. Dism. C-Cl, docket no. 37 in 2:05cv2115, and various other docket numbers in the remainder of these consolidated Actions.)[1] Recognizing that this is an Agreed Order, this Court FINDS the relief requested to be well-taken.

---

[1] In the interest of brevity, all docket citations herein are to the lowest case numbered consolidated Action, no. 2:05cv2115. However, as these Actions are consolidated for all pretrial purposes, pursuant to this Court's severance Order, this Order applies to all Counter-Defendants' Motions to Dismiss Counter-Plaintiffs' Counterclaim in each of the above-captioned consolidated Actions. See (11/03/05 Sev. Order at 6 at ¶6, docket no. 1 in 2:05cv2115.)

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that Counter-Plaintiffs shall serve their response and response memorandum in opposition to Counter-Defendants' Motion to Dismiss Counter-Plaintiffs' Counterclaim, (02/24/06 C-Defs. Mtn. Dism. C-Cl, docket no. 37 in 2:05cv2115, and various other docket numbers in the remainder of these consolidated Actions.), no later than Friday, March 17, 2006.

SO ORDERED, this the 13th day of March, 2006.

SENIOR UNITED STATES DISTRICT JUDGE

AGREED:

s/Roman A. Shaul
Roman A. Shaul (MSB #99873)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

ATTORNEYS FOR COUNTER-DEFENDANTS

s/E. Barney Robinson III
E. Barney Robinson III (MSB #9432)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) barney.robinson@butlersnow.com

Charles E. Griffin (MSB #5015)
GRIFFIN & ASSOCIATES
Post Office Box 968
Jackson, Mississippi 39205-0968
(T) (601) 354-0603
(F) (601) 354-0604
(E) ceg@griffinlawyers.com

ATTORNEYS FOR COUNTER-PLAINTIFFS

Jackson 1287337v.1